Amir J. Goldstein, Esq. (CA Bar No. 255620)
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC MCKAIN,

    Plaintiff,

  vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC.
dba SUNTRUST BANK and DOES 1-10,
inclusive,

    Defendant

Case No.: CV 09-06865     (SH)

STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

_____
Amir J. Goldstein Esq. (CA Bar No. 255620)
**ATTORNEY FOR PLAINTIFF**
5455 Wilshire Blvd., Suite1812
Los Angeles, California 90036
Tel: 323-937-0400
Fax: 866-288-9194

SO ORDERED:

_____
U.S.D.J

Stipulation of Discontinuance - 1